UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TIMOTHY D. MARTIN,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>SMAC FISHERIES, LLC,<br>In Personam and<br>F/V M/V RAI DAWN, In Rem,<br><br>　　　　　Defendants. | 3:11-cv-012-JWS-JDR<br><br>**ORDER<br>REGARDING<br>MOTION TO ISSUE WARRANT<br>AND<br>HOLD PROCESS IN ABEYANCE**<br><br>(Docket 4) |

Plaintiff Timothy D. Martin, through counsel the Law Offices of Marc June, and pursuant to Supplemental Admiralty Rule E and LAR 1(e)-5, moved the court for an Order issuing the warrant to arrest the defendant vessel F/V M/V RAI DAWN, but requesting the clerk to hold the issuance of process in abeyance. Docket No. 4.

The court being fully advised in the premises, the motion to issue warrant to arrest the vessel F/V M/V RAI DAWN is *granted*; however, the issuance of *process shall be held in abeyance* until such time that Plaintiff provides a written

request for the process to issue. *It is further ordered that plaintiff shall file a report as to the status of this action on or before May 2, 2011.*

DATED this 1st day of February, 2011, at Anchorage, Alaska.

    /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge